UNITED STATES DISTRICT COURT
for the
STATE OF CONNECTICUT

FILED
2019 JUN 28  A 11: 55
US DISTRICT COURT
BRIDGEPORT CT

Jaylell - Jones : Washington

V.

Deborah Kochiss Frankel
William J Wenzel
Daniel Brereton
Ross W Hakala
Elizabeth J Stewart
Laura Azevedo
Kevin Dunn
Kevin McCarthy
Tracy Lee Dayton
Carla Droniak
Eugene R. Calistro
Frank Iannotti

APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COST

I AM A Petitioner in this case and declare that I AM being held in involuntary Servitude under A Bill of Attainder where No contract exist between the parties named herein, and no evidence that satisfies the elements of Jurisdiction (Subject-matter, Venue, Territory) has been presented, and I AM unable to pay the cost of the proceedings and that I am entitled to the relief requested.

It is Petitioner's belief that the Constitution of the United States of America is the Supreme Law of the Land that all civil officers are bound to by Oath

or Affirmation to Support, defend, and protect, and who's Legislative Powers over such DISTRICT Not Exceeding (10) Ten Miles square Honors all treaties made and make(s) anyThing but gold and silver coin a Tender in Payments of debts with the FULL FAITH and CREDIT (that) Shall be given in each state to the Public Acts, Records, and Judiciary Proceedings of every other State.

Petitioner Respectfully moves this Judiciary to make Petitioner's exemption; JAYVELL WASHINGTON TRUST, set aside, as principle to discharge the Public debt incurred with filing this Claim and or wave the FEES associated being that DOLLARS are debt notes and Petitioner Cant Pay a debt with a debt and the remedy prescribed for Petitioner has been to discharge all Public debts DOLLAR for DOLLAR according to Executive Order 6102; and or, HOUSE JOINT RESOLUTION 192; and or, Public LAW 73-10.

Declaration: I Declare under penalties of perjury that the above Information is True to my belief and understanding and that a false Statement may result in a dismissal of my Claim(s).

Date:

All Rights Reserved

*[signature]*
Jayvell-Jones:Washington

Jaynell-Jones; Washington

V.

Deborah Kochiss Frankel
William S. Wenzel
Daniel Brereton
Ross W. Hakala
Elizabeth J. Stewart
Laura Azevedo
Kevin Dunn
Kevin C McCarthy
Tracy Lee Dayton
Carla Deoniak
Eugene R. Calistro
Frank Iannotti

CERTIFICATE OF SERVICE

I hereby Certify that on or about _____, A Copy of A United States District Court For The State of Connecticut Complaint, and A Application To Proceed In District Court Without Prepaying Fee or Cost was mailed via Postal/Priority to the United States District Court at In c/o 141 Church Street, Near New Haven, Connecticut Republic, [06510]

All Rights Reserved

Jaynell-Jones; Washington
In c/o 267 Billows, Near Somers
Connecticut Republic, [06071]